United States District Court
Southern District of Texas

**ENTERED**

December 16, 2019

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Houston LF Baytown, LLC a/k/a "Labor Force," | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-2237 |
| | § | |
| Gabriella Villareal, | § | |
| Effective Resource Management LLC, | § | |
| a/k/a ERM Staffing, and | § | |
| Luisa Valdez, and | § | |
| World Strategic Taxes, Inc., | § | |
| d/b/a Strategic Taxes, | § | |
| | § | |
| Defendants. | § | Jury Demanded |

## AGREED DECLARATORY JUDGMENT

The Court, having considered the joint submissions of the parties, enters the following declaratory judgment. It is ORDERED, ADJUDGED, AND DECREED that Defendant, Effective Resource Management, LLC, a/k/a ERM Staffing, is responsible for remitting to the appropriate authorities the money for federal income taxes, Social Security taxes, and Medicare taxes which were withheld, as well as all child support and garnishment monies withheld, with respect to the work done by the individuals for the contracting companies named in the attached exhibit, in the period of July 1, 2017 to December 31, 2017.

All parties will bear their own fees and costs.

This is a final judgment.

Signed in Houston, Texas on ___December 13, 2019___ .


THE HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE